UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Adekunle A. Onatolu

---

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Google Keyboard

**COMPLAINT**

Jury Trial: [✓] Yes [ ] No

(check one)

RECEIVED
JUN 12 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
M

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name             Adekunle A. Onatolu
           Street Address   480 Jackson Rd
           County, City     Atco New Jersey
           State & Zip Code 08004
           Telephone Number 1856-298-9222

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____  

Defendant No. 2  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____  

Defendant No. 3  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____  

Defendant No. 4  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____  

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*  
[✓] Federal Questions      [ ] Diversity of Citizenship  
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? discrimination _____

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **New Jersey**

B. What date and approximate time did the events giving rise to your claim(s) occur? **2024**

C. Facts: I've been having problems with my google keyboard. It keeps delaying my typing by shutting on and off. Every time I use my phone the keyboard keep coming on and off. My phone seems like it is being tampered with by some outside force. I think a group of individuals watch me while I type and decide when my keyboard is going to shut on and off. I want a full investigation done on the people who are tampering with my keyboard. I need my keyboard to type on the internet as well as create doctor's appointments through my google calendar. Every time I'm setting up my doctors appointment the keyboard shuts on and off, to where I can't type. This delay last for ten minutes. I should be able to use my google keyboard and all of it functions. But it seems as people want to block me from using the google keyboard because it is my choice to use.

-3-

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Brain Injury living in a mental health facility

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 90,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of June, 2025.

Signature of Plaintiff _____
Mailing Address 480 Jackson Rd
Atco
New Jersey 08004
Telephone Number 1 856-248-9222
Fax Number *(if you have one)* _____
E-mail Address famous128th@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____